**Motion Granted and Order filed November 20, 2014**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-13-00456-CV**
_____

**EXXON MOBIL CORPORATION, Appellant**

**V.**

**DELIA PAGAYON, MICHELLE FULTON, ALFREDO G. PAGAYON, MICHAEL G. PAGAYON, AND THE ESTATE OF ALFREDO M. PAGAYON, Appellees**

**On Appeal from the Probate Court No 2**
**Harris County, Texas**
**Trial Court Cause No. 408,329-401 & 408,329**

## O R D E R

In accordance with Appellant's "Stipulation and Advice of Appellate and Trial Counsel Concerning Clerk's Record" filed November 13, 2014, we grant the parties' joint request and order the Harris County District Clerk to prepare, certify and transmit for filing in the appellate court a second supplemental clerk's record containing "Defendant Exxon Mobil Corporation's Response in Opposition to

Plaintiffs' Motion to Strike the Responsible Third Party Designation", filed December 17, 2012.  The second supplemental clerk's record is to be filed in this court on or before December 1, 2014.


PER CURIAM